IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00882-WDM-BNB

FURLONG ENTERPRISES, L.L.C.,
RESIDENTIAL BUILDING SYSTEMS, INC.,
MESA SANDSTONE, L.L.C., and
DAVE AND LANA WATERS, INC., d/b/a D&L CONSTRUCTION,

Plaintiffs,

v.

JACK NICKERSON, individually and in his capacity as Director of Public Works, and
CITY OF CORTEZ, a Colorado charter city,

Defendants.
_____

**ORDER OF RECUSAL**
_____

Section 455, 28 U.S.C., requires that a judge must disqualify or recuse himself where "his impartiality might reasonably be questioned."  The provision is self-enforcing on the part of the judge.  United States v. Gigax, 605 F.2d 507, 511 (10th Cir. 1979).  "In determining whether a judge should recuse under § 455(a), the issue is not whether the judge is impartial in fact, but rather, whether a reasonable man might question his impartiality under all circumstances."  Id.; Webbe v. McGhie Land Title Co., 549 F.2d 1358, 1361 (10th Cir. 1977).

Circumstances have arisen upon which my impartiality in this case might reasonably be questioned.  Accordingly,

IT IS ORDERED that I hereby recuse myself from further service in this case.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to cause this case to be reassigned by random draw to another magistrate judge.

IT IS FURTHER ORDERED that the scheduling conference set for July 14, 2009, at 1:30 p.m., is VACATED.

Dated May 26, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge