IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-00882-WDM-CBS

FURLONG ENTERPRISES, LLC.,
RESIDENTIAL BUILDING SYSTEMS, INC.,
MESA SANDSTONE, LLC., and
DAVE AND LANA WATERS, INC. d/b/a D&L CONSTRUCTION,

    Plaintiffs,

v.

JACK NICKERSON,
individually, and in his capacity of Director of
Public Works; and
CITY OF CORTEZ, a Colorado Charter City,

    Defendants.

## ORDER

THIS MATTER IS before the court pursuant to D.C.COLOL.CivR 83.3, D.C.C<small>OLO</small>L.C<small>IV</small>R. 5.6, and the Electronic Case Filing Procedures Section III.B.1. A review of the docket and file indicates that Attorney Michael F. Green has entered an appearance in the above captioned matter but has not registered with the Court's Electronic Filing System. Accordingly,

IT IS ORDERED that on or before **September 29, 2009**, Mr. Green shall either (1) register for electronic filing (information as how to do so may be found on the Court's website at www.cod.uscourts.gov or by contacting the help desk at 303-335-2050) or (2) request

permission to remain a paper filer in accordance with Electronic Case Filing Procedures Section II.

DATED at Denver, Colorado, this 22nd day of September, 2009.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge