IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-00882-WDM-CBS

FURLONG ENTERPRISES, LLC., et al.,

    Plaintiffs,

v.

JACK NICKERSON, and
CITY OF CORTEZ,

    Defendants.

---

## NOTICE OF DISMISSAL OF MESA SANDSTONE'S CLAIMS ONLY

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal of all claims asserted by Mesa Sandstone LLC in accordance with Fed. R. Civ. P. 41(a)(1)(ii). Accordingly, Mesa Sandstone's claims are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on June 16, 2010.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge

PDF FINAL